UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELLE  WILLIAMS,

                              Plaintiff,

    -against-

CITY OF NEW YORK POLICE DEPARTMENT,

                            Defendant.

-----------------------------------------------------------------X

JUDGMENT
11-CV- 1963 (RRM)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   **MAY 3 0 2012**   ★

BROOKLYN OFFICE

        A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on May 18, 2012, dismissing Plaintiff's complaint with prejudice; and the Clerk of Court to enter judgment for Defendant; it is

        ORDERED, ADJUDGED AND DECREED that Plaintiff's complaint is dismissed with prejudice; and that judgment is hereby entered for Defendant City of New York Police Department and against Plaintiff Michele Williams.

Dated: Brooklyn, New York
      May 23, 2012

                                     Douglas C. Palmer
                                     Clerk of Court

                  by:     s/Michele Gapinski
                                     Michele Gapinski
                                     Chief Deputy for
                                     Court Operations